Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONSO VILLAREAL RAMOS,<br><br>Defendant. | Docket Number 6:19-po-00263-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

.

Dated: August 8, 2019  /S/ Susan St. Vincent
                        Susan St. Vincent
                        Legal Officer
                        Yosemite National Park

1

ORDER

Upon application of the United States, and good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Villareal Ramos* 6:19-po-00263-JDP, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __August 9, 2019__     _____
                              UNITED STATES MAGISTRATE JUDGE